FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILSON PERSHING STEVENSON, III;<br>and BNL TECHNICAL SERVICES,<br>LLC,<br><br>　　　　　　Defendants. | No. 4:23-CR-6014-SAB<br><br>**ORDER TERMINATING PROBATION AND DISMISSING COUNTS** |

　　Before the Court is Defendants' Unopposed Motion to Terminate Probation, ECF No. 82. Defendant is represented by Scott Johnson, Jonathan Farmer, and Edward Yarbrough. The Government is represented by Tyler Tornabene. The Motion was considered without oral argument.

　　On December 18, 2024, Defendant BNL Technical Services, LLC, appeared before the Court in Yakima, Washington and entered a plea of guilty to Count 8 of the Indictment filed on April 18, 2023, which charged Defendant with Bank Fraud in violation of 18 U.S.C. § 1344(1),(2).[1]

---

[1] Defendant Wilson Pershing Stevenson III was the CEO of BNL and entered the plea on its behalf.

**ORDER TERMINATING PROBATION AND DISMISSING COUNTS** # 1

On March 11, 2025, Defendant BNL Technical Services, LLC, appeared before the Court in Yakima, Washington for sentencing. The Court noted that restitution had not yet been deposited with the Court and, due to Defendant's plea to committing fraud, the Court ordered 1 year of probation, with the caveat that it could be terminated early upon submission of payment and filing of a motion. Restitution has been submitted, *see* ECF No. 83, and the Court finds good cause to grant Defendant's Motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Unopposed Motion to Terminate Probation, ECF No. 82, is **GRANTED**.

2. Defendant BNL Technical Services, LLC's term of probation is **TERMINATED**.

3. All Counts as to Defendant Stevenson are **DISMISSED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, provide copies to counsel and U.S. Probation, and **close the file**.

**DATED** this 27th day of March 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER TERMINATING PROBATION AND DISMISSING COUNTS** # 2